Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION | **JUDGMENT IN A CIVIL CASE** CASE NUMBER: 17-CV-536-V |
| v. | |
| GREGORY M. GRENDA | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the plaintiff's motion to quash is Denied

Date: September 15, 2017         MARY C. LOEWENGUTH
                                 CLERK OF COURT

                                 By: s/K.McMillan
                                     Deputy Clerk